HELEN MOONEY, Respondent, v. BERNARD GOETZ, JOSEPH GOETZ and MORRIS GOETZ, Doing Business under the Firm Name and Style of B. GOETZ & BROS., Appellants.— On reargument, judgment and order denying motion to set aside the verdict reversed upon the law and new trial granted, costs to abide the event,

for error in the charge of the court at folio 386. (*Metzger* v. *Cushman's Sons, Inc.*, 243 N. Y. 118.) Lazansky, P. J., Kapper and Seeger, JJ., concur; Young and Carswell, JJ., dissent and vote to affirm.